

# IN THE
# TENTH COURT OF APPEALS

### No. 10-21-00164-CR

**JOSE MAURICIO,**

                                                                **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                **Appellee**

---

**From the 272nd District Court**
**Brazos County, Texas**
**Trial Court No. 19-03215-CRF-272**

---

## ABATEMENT ORDER

---

Appellant has filed a Motion to Substitute Counsel.  We abate this case to the trial court for resolution of this matter.  The trial court shall rule upon Appellant's motion within twenty (20) days from the date of this Order.  After the trial court has ruled, the clerk of the court shall file a supplemental clerk's record with this court within ten (10) days.

PER CURIAM

Before Chief Justice Gray and
        Justice Johnson
Appeal abated
Order delivered and filed August 4, 2021
RWR/RWO

